# Court of Appeals
# of the State of Georgia

ATLANTA,＿＿June 04, 2015＿＿＿＿

*The Court of Appeals hereby passes the following order:*

**A15D0425.  SYLVIA S. GRANT v. SELECT SPECIALTY HOSPITAL, INC.**

Sylvia S. Grant filed a premises liability action against Select Specialty Hospital, Inc. On April 24, 2015, the trial court entered an order granting Select Specialty Hospital's motion for summary judgment. Grant filed this discretionary application seeking appellate review of the trial court's order. No discretionary application is required, however, as the grant of summary judgment may be appealed directly. See OCGA § 9-11-56 (h).

Under OCGA § 5-6-35 (j), this Court will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal. Accordingly, this application is hereby GRANTED.  Grant shall have 10 days from the date of this order to file a notice of appeal with the trial court, if she has not already done so.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,＿＿＿06/04/2015＿＿＿＿
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿, *Clerk.*